UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff

v.

JOSUE SANTANA-RODRIGUEZ
    Defendant

CRIMINAL NO. 99CR111-07(CC)

NOTICE TO THE COURT

TO THE CLERK OF THE COURT:

    Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Restitution imposed in this case has been satisfied in full by defendant Josue Santana-Rodriguez.

    I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

    In San Juan, Puerto Rico, this 27th day of July of 2007.

ROSA EMILIA RODRIGUEZ VELEZ
UNITED STATES ATTORNEY

S/ REBECCA VARGAS VERA
Assistant U.S. Attorney
Financial Litigation Unit
USDC ID NO. 203307
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, Puerto Rico  00918
Tel. 766-5656